FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 0 9 2011

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>　　　　　　　　　　　　　　　 )  <br>　　　　Plaintiff,　　　　　　　 )  <br>　　　　　　　　　　　　　　　 )  <br>vs.　　　　　　　　　　　　　 )  <br>　　　　　　　　　　　　　　　 )  <br>**JOSE LUVIANO,**　　　　　　 )  <br>　　　　　　　　　　　　　　　 )  <br>　　　　Defendant.　　　　　　 )  | CRIMINAL NO. 11-540 BB  <br><br>Count 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing Methamphetamine. |

## INDICTMENT

The Grand Jury charges:

On or about February 16, 2011, in Bernalillo County, in the District of New Mexico, the defendant, **JOSE LUVIANO,** unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and(b)(1)(A).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
02/28/11 9:56am